IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Louisville, Samuel L

Printed: 01/13/09

Case Number: 07 B 08068
Judge: Squires, John H
Filed: 5/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 7, 2009
Confirmed: October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,414.00 |  |
| Secured: |  | 3,068.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,028.00 |
| Trustee Fee: |  | 317.44 |
| Other Funds: |  | 0.00 |
| Totals: | 5,414.00 | 5,414.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,028.00 | 2,028.00 |
| 2. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 3. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 4. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 5. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 6. | Credit Acceptance Corp | Secured | 7,570.59 | 3,068.56 |
| 7. | Portfolio Recovery Associates | Unsecured | 106.49 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 375.62 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,461.70 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 521.56 | 0.00 |
| 11. | B-Real LLC | Unsecured | 698.63 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 963.32 | 0.00 |
| 13. | Chase Home Finance | Unsecured | 2,638.24 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 628.45 | 0.00 |
| 15. | Dyck O'Neal Inc | Unsecured | 4,165.59 | 0.00 |
| 16. | Credit Acceptance Corp | Unsecured | 600.75 | 0.00 |
| 17. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 18. | CitiFinancial | Unsecured |  | No Claim Filed |
| 19. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,758.94 | $ 5,096.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 169.23 |
| 6.5% | 148.21 |
|  | $ 317.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Louisville, Samuel L

Printed: 01/13/09

Case Number:   07 B 08068
Judge:  Squires, John H
Filed:   5/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

